**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA-
NORTHERN DIVISION**    2026 MAR 30  P 12: 8

Gregory Paul Violette,
Barbara A Violette,

        Plaintiffs,

Vs.

CASE NO. 2:26-CV-200-MHT-KFP

FORMERLY No.: 23-CV-2026-900012
In the Circuit Court of Covington
County, Alabama

Carrington Mortgage Services, LLC et al

Defendants.

## PLANTIFF'S MOTION TO REMAND TO THE COVINGTON COUNTY ALABAMA CIRCUIT COURT

COME NOW the Plaintiffs, Gregory Paul Violette and Barbara A. Violette, appearing **pro se**, and respectfully move this Honorable Court to **remand this action to the Circuit Court of Covington County, Alabama**, pursuant to **28 U.S.C. § 1447(c)**, for lack of subject-matter jurisdiction. In support thereof, Plaintiffs state as follows:

## I. INTRODUCTION

This action was originally filed in the Circuit Court of Covington County, Alabama, as a state-law action seeking declaratory and injunctive relief concerning real property located within that jurisdiction.

Defendants have removed the action to this Court. However, removal is improper because this Court lacks subject matter jurisdiction, or in the alternative, should decline to exercise jurisdiction over the predominately state-law claims.

1

## II. LEGAL STANDARD

Federal courts are courts of limited jurisdiction. Removal statutes are strictly construed, and **all doubts must be resolved in favor of remand**.

See *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941).

## . III ARGUMENT

### A. The Action Is Fundamentally a State Law Property Dispute

The core of Plaintiffs' complaint concerns:

- Title to real property located in Alabama
- Authority to enforce a mortgage
- Standing and real-party-in-interest issues

These are **traditional state law issues** governed by Alabama law.

Any reference to federal statutes is **incidental and supplemental and** does not convert the action into one arising under federal law for purposes of **28 U.S.C. § 1331**.

### B. Federal Claims Are Not Substantial or Necessary to Resolve the Dispute

Although Plaintiffs referenced federal statutes such as:

- The **Fair Debt Collection Practices Act (FDCPA)**
- The **Real Estate Settlement Procedures Act (RESPA)**

These references are **not essential elements** of the primary claims.

The dispute can be fully resolved on state-law grounds, including:

- Standing
- Contract enforcement
- Property rights

Under the **well-pleaded complaint rule**, federal jurisdiction exists only where a federal issue is **necessarily raised and actually disputed**.

Here, it is not.

## C. Alternatively, the Court Should Decline Supplemental Jurisdiction

Even if this Court finds that federal jurisdiction exists:

Under **28 U.S.C. § 1367(c)**, the Court may decline jurisdiction where:

- State law claims **predominate**, or
- There are **exceptional circumstances**

This case is centered on:

- Alabama property law
- State equitable remedies
- Local real estate interests

Accordingly, principles of **comity and federalism** strongly favor remand.

## D. Removal Statutes Must Be Strictly Construed

Removal statutes are strictly construed against removal jurisdiction.

Any ambiguity must be resolved in favor of remand.

Defendants, as the removing party, bear the burden of establishing jurisdiction, which they have failed to do.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court:

1. REMAND this action to the Circuit Court of Covington County, Alabama;
2. Award costs and expenses pursuant to 28 U.S.C. § 1447(c); and
3. Grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

Dated this 27th day of March 2026 at Andalusia, AL

**Gregory Paul Violette, Pro Se Plaintiff**          **Barbara A. Violette, Pro Se Plaintiff**
19992 Airport Rd
Andalusia, AL 36421
Phone: 207-399-7567

4

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of March 2026, a copy of the foregoing Motion
**PLANTIFF'S MOTION TO REMAND TO THE COVINGTON COUNTY**
**ALABAMA CIRCUIT COURT**
was filed with the court and served on all counsel of record via U.S. Mail, properly
addressed and first-class postage prepaid.

US District Court
B-110
One Church Street
Montgomery, AL 36104

Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Ave North
Birmingham, AL 35203


Gregory Paul Violette



Dr. Gregory & Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421



MONTGOMERY AL. 360

28 MAR 2026 AM 3 L



US District Court
B-110
One Church Street
Montgomery, AL 36104

36104-401801