IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE and, <br> BARBARA A. VIOLOETTE | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:26-CV-200-MHT-KFP |
| CARRINGTON MORTGAGE SERVICES, <br> LLC, et al., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## ORDER

Before the Court is Defendants' Motion to Dismiss. Doc. 5. Accordingly, it is ORDERED as follows:

1. On or before **April 21, 2026**, Plaintiffs shall show cause as to why Defendants' motion should not be granted.

2. Defendants' shall file a reply on or before **May 1, 2026**.

Additionally, it is ORDERED that by **April 21, 2026**, Plaintiffs must file a corporate disclosure statement. The Conflict Disclosure Form may be found on the Court's website at https://www.almd.uscourts.gov/forms/conflict-disclosure-form.

**Plaintiffs are CAUTIONED that should they fail to show cause why Defendants' motion to dismiss should not be granted or fail to comply with this Order, the Magistrate Judge will recommend that their complaint be dismissed**.

DONE this 31st day of March, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE