IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY PAUL VIOLETTE and, )
BARBARA A. VIOLOETTE )
     )
    Plaintiffs, )
     )
v. ) CASE NO. 2:26-CV-200-MHT-KFP
     )
CARRINGTON MORTGAGE SERVICES, )
LLC, et al., )
     )
    Defendants. )

## ORDER

Before the Court is Plaintiffs' Motion to Remand to the Covington County Alabama Circuit Court. Doc. 6. Accordingly, it is ORDERED as follows:

1.    On or before **April 21, 2026**, Defendants shall show cause as to why Plaintiffs' motion should not be granted.

2.    Plaintiffs shall file a reply on or before **May 1, 2026**.

3.    In their reply, Plaintiffs are ADVISED to specifically address the issues raised in Defendants' response and state why their motion should be granted.

**Plaintiffs are CAUTIONED that should they fail to comply with this Order, the Magistrate Judge will recommend that their complaint be dismissed**.

DONE this 31st day of March, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE