**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

2026 MAY 22 A II: 03

TREY GRANGER CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Gregory Paul Violette, et al.,
 Plaintiffs,

v.                                              Case No. 2:26-cv-64-BL-JTA
                                                Case No. 2:26-cv-200-MHT-JTA

Carrington Mortgage Services, LLC, et al.,
 Defendants.

## PLAINTIFFS' OPPOSITION TO CONSOLIDATION

Plaintiffs Gregory Paul Violette and Barbara A. Violette respectfully oppose consolidation of the above-captioned actions pursuant to Rule 42(a), Fed. R. Civ. P., and state as follows:

## 1. Separate Claims and Legal Issues

The actions involve materially different causes of action, legal theories, requested remedies, and factual inquiries.

The first action primarily concerns:

- escrow accounting disputes,
- alleged escrow overcharges,
- RESPA escrow compliance,
- conversion,
- and consumer fraud allegations.

The second action primarily concerns:

- standing to enforce an alleged debt,
- declaratory and injunctive relief,

- FDCPA validation requirements,
- alleged failures to respond to qualified written requests,
- and prevention of wrongful foreclosure.

Because the claims arise from distinct operative facts and legal standards, consolidation would create unnecessary confusion.

## 2. Different Evidence and Discovery

The evidence required in each action differs substantially.

The escrow action focuses on:

- escrow analyses,
- tax records,
- payment histories,
- and escrow accounting practices.

The declaratory/injunctive action focuses on:

- note ownership,
- standing,
- chain of title,
- servicing authority,
- and debt validation communications.

Consolidation would therefore complicate discovery and prejudice the Plaintiffs.

## 3. Risk of Jury Confusion and Prejudice

Combining unrelated claims for damages and equitable relief may confuse the trier of fact and prejudice Plaintiffs' ability to present each action independently and clearly.

## 4. Consolidation Would Not Promote Judicial Economy

Although the parties overlap, the actions require separate legal analyses and distinct evidentiary determinations. Any limited overlap does not outweigh the prejudice and confusion consolidation would create.

## WHEREFORE

Plaintiffs respectfully request that this Court deny consolidation of the above-captioned matters and grant such other relief as the Court deems just and proper.

Respectfully submitted,


Gregory Paul Violette
Pro Se Plaintiffs

Barbara A. Violette

3

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of May 2026, a copy of the foregoing Motion **PLAINTIFFS' OPPOSITION TO CONSOLIDATION** was filed with the court and served on the counsel of record via U.S. Mail, properly addressed and first-class postage prepaid.


US District Court
B-110
One Church Street
Montgomery, AL 36104


Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Ave North
Birmingham, AL 35203


Gregory Paul Violette

Dr. Gregory & Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421

MONTGOMERY AL 360

21 MAY 2026 AM 4 L



United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801